No. 17,046.

DANIELS ET AL. *v.* THOMAS.
(265 P. [2d] 702)

Decided January 11, 1954.   Rehearing denied February 1, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. BENTLEY M. MCMULLIN, for plaintiffs in error.

Messrs. HODGES, VIDAL & GOREE, Mr. KENNETH W. ROBINSON, for defendant in error.